USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
KEVIN LEWIS, :
:
                  Petitioner, :      1:22-cv-7777-GHW
:
      -v - :      16-cr-396-9-GHW
:
WARDEN BRADLEY, :      <u>ORDER</u>
:
                  Respondent. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On October 27, 2022, this Court issued an order construing Petitioner's petition as brought under 28 U.S.C. § 2255 and providing Petitioner 60 days to either withdraw his motion or show cause as to why it should not be denied as time-barred. Dkt. No. 11 at 7. Although 60 days have passed since the order, Petitioner has not responded. The Court notes that while the October 27 order was mailed to Petitioner, it appears to have been returned. *See* November 9, 2022 Docket Entry. That may be due to a discrepancy between the address provided by Petitioner (which begins 7788**2**-054) and the address that the order was sent to (which begins 7788**0**-054). Accordingly, the Court hereby (1) *sua sponte* extends the time for Petitioner to either withdraw his motion or show cause as to why it should not be denied as time-barred to 30 days after the date of this order, (2) directs the Clerk of Court to correct the address listed on the docket to match the address provided by Petitioner in his petition, and (3) directs the Clerk of Court to mail this order, along with the

Court's October 27, 2022 order, to Petitioner.[1]

    SO ORDERED.

Dated: December 30, 2022
       New York, New York

                                                GREGORY H. WOODS
                                            United States District Judge

---

[1] The Court reminds Petitioner of his obligation to keep his address up to date.