**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KEVIN LEWIS,

                Petitioner,                      22 **CIVIL** 7777 (GHW)
                                                    16 **CR.** 396-9 (GHW)

     -against-

                                                  **JUDGMENT**

WARDEN BRADLEY,

                Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 6, 2023, and for the reasons explained in the Court's October 27, 2022 order, the petition is denied as time-barred. See Dkt. No. 11 at 6. Because Lewis has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered for Respondent; accordingly, case 1:22-cv-7777 is closed.

**DATED:**  New York, New York
              February 7, 2023

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                     **BY:**     *K. Mango*
                                                        **Deputy Clerk**